Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–15910–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ronny Anthony Chirichello
    fka Ronny A. Gorospe
    505 Huff Ave
    Manville, NJ 08835

Social Security No.:
    xxx–xx–8842

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Daniel E. Straffi, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐    The corporate debtor is self–represented.

☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 9/10/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: August 6, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-15910-KCF
Ronny Anthony Chirichello                                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Aug 07, 2019
                             Form ID: 170              Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db              +Ronny Anthony Chirichello,    505 Huff Ave,    Manville, NJ 08835-2427
518138208       +AHS Atlantic Medical Grp 19,    P O Box 419101,    Boston, MA 02241-9101
518138210       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518138209       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518138211        B&B Collections, Inc.,    Pob 2137,    Toms River, NJ 08754-2137
518138213       +Build Card,    Po Box 9203,    Old Bethpage, NY 11804-9003
518138212       +Build Card,    Attn: Bankruptcy,    Po Box 9203,    Old Bethpage, NY 11804-9003
518138215       +Caliber Home Loans,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
518138214       +Caliber Home Loans,    PO Bxo 24610,    ATTN: Bankruptcy Dept,    Oklahoma City, OK 73124-0610
518138218       +Charles Murray,    401 Rte 22 West,    Unit 24 A,    North Plainfield, NJ 07060-3838
518138221       +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518138219       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518138220       +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518138223       +Citibank/Exxon Mobile,    Po Box 6497,    Sioux Falls, SD 57117-6497
518138222       +Citibank/Exxon Mobile,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518138225       +Citibank/Sunoco,    Po Box 6497,    Sioux Falls, SD 57117-6497
518138224       +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518138227       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518138226       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518138238       +Easy Pay/Duvera Collections,    Attention: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018-2549
518138239       +Easy Pay/Duvera Collections,    2701 Loker Av West,    Carlsbad, CA 92010-6638
518138240       +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
518138244       +Experian,    P O Box 2002,    Allen, TX 75013-2002
518138247       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
518138248       +First Saving Bank / Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518138257       +RWJ University Hospital Somerset 17,    110 Rehill Ave,    Somerville, NJ 08876-2519
518138256       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518138255       +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518138258       +Somerset Emergency Medical Associates 15,    110 Rehill Ave,    Somerville, NJ 08876-2598
518138259       +Sprint 18,    Corporate Headquarters,    6200 Sprint Pkwy,    Overland Park, KS 66251-6117
518138266       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518138264        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
518138265       +Target,    Po Box 673,    Minneapolis, MN 55440-0673
518138267       +Toyota Financial Services,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518138268       +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518138270       +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
518138272       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518138271       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518138207        E-mail/Text: backoffice@affirm.com Aug 08 2019 00:05:22    Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
518138206        E-mail/Text: backoffice@affirm.com Aug 08 2019 00:05:22    Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
518138217        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 00:06:36    Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
518138216       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 00:07:19    Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518138228        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:06
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
518138229        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:06
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
518138230        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:06    Comenitycapital/biglot,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518138231        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:06    Comenitycapital/biglot,
                 Po Box 182120,    Columbus, OH 43218-2120
518138232        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:07    Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518138233        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 00:04:07    Comenitycapital/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
518138234        E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 00:06:44    Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0312-3          User: admin              Page 2 of 3          Date Rcvd: Aug 07, 2019
                             Form ID: 170              Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518138235      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 00:06:04      Credit One Bank,
                Po Box 98875,   Las Vegas, NV 89193-8875
518138237       E-mail/Text: mrdiscen@discover.com Aug 08 2019 00:03:34       Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
518138236      +E-mail/Text: mrdiscen@discover.com Aug 08 2019 00:03:34       Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
518138241      +E-mail/Text: bknotice@ercbpo.com Aug 08 2019 00:04:33       ERC,   Po Box 57610,
                Jacksonville, FL 32241-7610
518138243      +E-mail/Text: bknotice@ercbpo.com Aug 08 2019 00:04:33       ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
518138242      +E-mail/Text: bknotice@ercbpo.com Aug 08 2019 00:04:34       ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518138245      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 08 2019 00:04:58       Fingerhut,
                Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518138246      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 08 2019 00:04:58       Fingerhut,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518138249      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 08 2019 00:05:24       Genesis Bc/celtic Bank,
                Attn: Bankruptcy,   268 South State Street Ste 300,   Salt Lake City, UT 84111-5314
518138250      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 08 2019 00:05:24       Genesis Bc/celtic Bank,
                Po Box 4499,   Beaverton, OR 97076-4499
518138251      +E-mail/Text: bncnotices@becket-lee.com Aug 08 2019 00:03:39       Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518138252      +E-mail/Text: bncnotices@becket-lee.com Aug 08 2019 00:03:39       Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518138253      +E-mail/Text: bkr@cardworks.com Aug 08 2019 00:03:22       Merrick Bank/CardWorks,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518138254      +E-mail/Text: bkr@cardworks.com Aug 08 2019 00:03:22       Merrick Bank/CardWorks,   Po Box 9201,
                Old Bethpage, NY 11804-9001
518139452      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:07:08       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518138260      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:06:24       Synchrony Bank/ Old Navy,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518138261      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:05:48       Synchrony Bank/ Old Navy,
                Po Box 965005,   Orlando, FL 32896-5005
518138262      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:05:48       Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518138263      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:06:24       Synchrony Bank/Walmart,
                Po Box 965024,   Orlando, FL 32896-5024
                                                                              TOTAL: 32

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518138268*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
       osfs.com

```
District/off: 0312-3          User: admin             Page 3 of 3          Date Rcvd: Aug 07, 2019
                             Form ID: 170             Total Noticed: 70


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Stephen M. Goldberg    on behalf of Debtor Ronny Anthony Chirichello bk2notices@smgpc.com,
           bk2notices@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5
```