UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　　　　Case No.: __19-15910__

Chirichello, Ronny Anthony　　　　　　　　　　　Chapter: __7__

　　　　　　　　　　　　　　　　　　　　　　　　Judge: __KCF__

---

**NOTICE OF PROPOSED ABANDONMENT**

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____October 1, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 401 Highway 22 Unit E |
| | North Plainfield, NJ |
| | FMV - +/-$ 114,000.00 |
| | Co-owned with ex-spouse |

| Liens on property: | Mr. Cooper - +/-$114,776.64 |
| | Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: $-0- |

Objections must be served on, and requests for additional information directed to:

Name:　　　Daniel E. Straffi, Esq.

Address:　　670 Commons Way Toms River, NJ 08755

Telephone No.: 732-341-3800

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 19-15910-KCF
Ronny Anthony Chirichello                                           Chapter 7
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3               Date Rcvd: Aug 30, 2019
                              Form ID: pdf905          Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db             #+Ronny Anthony Chirichello,   505 Huff Ave,   Manville, NJ 08835-2427
518138208      +AHS Atlantic Medical Grp 19,   P O Box 419101,   Boston, MA 02241-9101
518138209      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518138210      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518138211       B&B Collections, Inc.,   Pob 2137,   Toms River, NJ 08754-2137
518138213      +Build Card,   Po Box 9203,   Old Bethpage, NY 11804-9003
518138212      +Build Card,   Attn: Bankruptcy,   Po Box 9203,   Old Bethpage, NY 11804-9003
518138215      +Caliber Home Loans,   715 S Metropolitan Ave,   Oklahoma City, OK 73108-2088
518138214      +Caliber Home Loans,   PO Bxo 24610,   ATTN: Bankruptcy Dept,   Oklahoma City, OK 73124-0610
518138218      +Charles Murray,   401 Rte 22 West,   Unit 24 A,   North Plainfield, NJ 07060-3838
518138221      +Citibank North America,   Po Box 6497,   Sioux Falls, SD 57117-6497
518138219      +Citibank North America,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518138220      +Citibank North America,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518138223      +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
518138222      +Citibank/Exxon Mobile,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518138225      +Citibank/Sunoco,   Po Box 6497,   Sioux Falls, SD 57117-6497
518138224      +Citibank/Sunoco,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518138227      +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
518138226      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518138238      +Easy Pay/Duvera Collections,   Attention: Bankruptcy,   Po Box 2549,   Carlsbad, CA 92018-2549
518138239      +Easy Pay/Duvera Collections,   2701 Loker Av West,   Carlsbad, CA 92010-6638
518138240      +Equifax Credit Information Services,   P O Box 740241,   Atlanta, GA 30374-0241
518138244      +Experian,   P O Box 2002,   Allen, TX 75013-2002
518138248      +First Saving Bank / Blaze,   500 E. 60th Street,   Sioux Falls, SD 57104-0478
518138247      +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
518395737       NJ Dept of Labor,   Div of UI/DI,   1 John Fitch Plaza,   PO Box 058,   Trenton, NJ 08625-0058
518138257      +RWJ University Hospital Somerset 17,   110 Rehill Ave,   Somerville, NJ 08876-2519
518138256      +Remex Inc,   307 Wall Street,   Princeton, NJ 08540-1515
518138255      +Remex Inc,   Attn: Bankruptcy,   307 Wall St.,   Princeton, NJ 08540-1515
518395738     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   50 Barrack Street, 1st Floor,
                 PO Box 269,   Trenton, NJ 08695-0269)
518138258      +Somerset Emergency Medical Associates 15,   110 Rehill Ave,   Somerville, NJ 08876-2598
518138259      +Sprint 18,   Corporate Headquarters,   6200 Sprint Pkwy,   Overland Park, KS 66251-6117
518138266     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                 Cedar Rapids, IA 52409)
518138264       Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
518138265      +Target,   Po Box 673,   Minneapolis, MN 55440-0673
518138267      +Toyota Financial Services,   Po Box 9786,   Cedar Rapids, IA 52409-0004
518138269      +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004
518138270      +TransUnion,   P O Box 2000,   Chester, PA 19016-2000
518138272      +Visa Dept Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
518138271      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:47      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518138207      +E-mail/Text: backoffice@affirm.com Aug 30 2019 23:44:39      Affirm Inc,
                 650 California St Fl 12,   San Francisco, CA 94108-2716
518138206      +E-mail/Text: backoffice@affirm.com Aug 30 2019 23:44:39      Affirm Inc,   Affirm Incorporated,
                 Po Box 720,   San Francisco, CA 94104-0720
518138217       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:38:19      Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
518138216      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:38:17      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518138228      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:28
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
                 Columbus, OH 43218-2125
518138229      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:28
                 Comenity Bank/Victoria Secret,   Po Box 182789,   Columbus, OH 43218-2789
518138230      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:28      Comenitycapital/biglot,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518138231      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:29      Comenitycapital/biglot,
                 Po Box 182120,   Columbus, OH 43218-2120
```

```
District/off: 0312-3                 User: admin              Page 2 of 3                  Date Rcvd: Aug 30, 2019
                                     Form ID: pdf905          Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518138232      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:29      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518138233      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:29      Comenitycapital/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
518138234      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2019 23:37:07      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518138235      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2019 23:37:06      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518138237       E-mail/Text: mrdiscen@discover.com Aug 30 2019 23:42:43      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
518138236      +E-mail/Text: mrdiscen@discover.com Aug 30 2019 23:42:43      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518138241      +E-mail/Text: bknotice@ercbpo.com Aug 30 2019 23:43:51      ERC,    PO Box 57610,
                 Jacksonville, FL 32241-7610
518138243      +E-mail/Text: bknotice@ercbpo.com Aug 30 2019 23:43:52      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518138242      +E-mail/Text: bknotice@ercbpo.com Aug 30 2019 23:43:52      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518138245      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 30 2019 23:44:18      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
518138246      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 30 2019 23:44:18      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518138249      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 30 2019 23:44:42      Genesis Bc/celtic Bank,
                 Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
518138250      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 30 2019 23:44:42      Genesis Bc/celtic Bank,
                 Po Box 4499,    Beaverton, OR 97076-4499
518138251      +E-mail/Text: bncnotices@becket-lee.com Aug 30 2019 23:42:52      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518138252      +E-mail/Text: bncnotices@becket-lee.com Aug 30 2019 23:42:52      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518138253      +E-mail/Text: bkr@cardworks.com Aug 30 2019 23:39:46      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518138254      +E-mail/Text: bkr@cardworks.com Aug 30 2019 23:39:46      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
518139452      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:48:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518138260      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:38:24      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518138261      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:37:49      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
518138262      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:36:58      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518138263      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:36:56      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518138268*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                   Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                   Signature:   /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 3 of 3                Date Rcvd: Aug 30, 2019
                                  Form ID: pdf905            Total Noticed: 72
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Stephen M. Goldberg    on behalf of Debtor Ronny Anthony Chirichello bk2notices@smgpc.com,
               bk2notices@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```