**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronny Anthony Chirichello | Social Security number or ITIN   xxx–xx–8842 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–15910–KCF | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronny Anthony Chirichello
fka Ronny A. Gorospe

9/6/19                                                                    **By the court:**   Kathryn C. Ferguson
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                             Case No. 19-15910-KCF
Ronny Anthony Chirichello                                          Chapter 7
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3              Date Rcvd: Sep 06, 2019
                               Form ID: 318                Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db              #+Ronny Anthony Chirichello,    505 Huff Ave,    Manville, NJ 08835-2427
518138208        +AHS Atlantic Medical Grp 19,    P O Box 419101,    Boston, MA 02241-9101
518138211         B&B Collections, Inc.,    Pob 2137,    Toms River, NJ 08754-2137
518138213        +Build Card,    Po Box 9203,    Old Bethpage, NY 11804-9003
518138212        +Build Card,    Attn: Bankruptcy,    Po Box 9203,    Old Bethpage, NY 11804-9003
518138215        +Caliber Home Loans,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
518138214        +Caliber Home Loans,    PO Bxo 24610,    ATTN: Bankruptcy Dept,    Oklahoma City, OK 73124-0610
518138218        +Charles Murray,    401 Rte 22 West,    Unit 24 A,    North Plainfield, NJ 07060-3838
518138219        +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
518138220        +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
518138222        +Citibank/Exxon Mobile,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518138224        +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
518138226        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
518138239         Easy Pay/Duvera Collections,    P.O. Box 2549,    Carlsbad, CA 92018-2549
518138238        +Easy Pay/Duvera Collections,    Attention: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018-2549
518138240        +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
518138244        +Experian,    P O Box 2002,    Allen, TX 75013-2002
518138248        +First Saving Bank / Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518138247        +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
518395737         NJ Dept of Labor,    Div of UI/DI,    1 John Fitch Plaza,    PO Box 058,    Trenton, NJ 08625-0058
518138257        +RWJ University Hospital Somerset 17,    110 Rehill Ave,    Somerville, NJ 08876-2519
518138256        +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518138255        +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518395738       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: NJ Division of Taxation,    50 Barrack Street, 1st Floor,
                   PO Box 269,    Trenton, NJ 08695-0269)
518138258        +Somerset Emergency Medical Associates 15,    110 Rehill Ave,    Somerville, NJ 08876-2598
518138259        +Sprint 18,    Corporate Headquarters,    6200 Sprint Pkwy,    Overland Park, KS 66251-6117
518138270        +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
518138272        +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518138271        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
518138207       +E-mail/Text: backoffice@affirm.com Sep 07 2019 00:16:15      Affirm Inc,
                   650 California St Fl 12,    San Francisco, CA 94108-2716
518138206       +E-mail/Text: backoffice@affirm.com Sep 07 2019 00:16:15      Affirm Inc,    Affirm Incorporated,
                   Po Box 720,    San Francisco, CA 94104-0720
518138209       +EDI: AMEREXPR.COM Sep 07 2019 03:33:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                   El Paso, TX 79998-1540
518138210       +EDI: AMEREXPR.COM Sep 07 2019 03:33:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518138217        EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One,    15000 Capital One Dr,
                   Richmond, VA 23238
518138216       +EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
518138221       +EDI: CITICORP.COM Sep 07 2019 03:33:00      Citibank North America,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
518138223       +EDI: CITICORP.COM Sep 07 2019 03:33:00      Citibank/Exxon Mobile,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
518138225       +EDI: CITICORP.COM Sep 07 2019 03:33:00      Citibank/Sunoco,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
518138227       +EDI: CITICORP.COM Sep 07 2019 03:33:00      Citibank/The Home Depot,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
518138228       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                   Po Box 182125,    Columbus, OH 43218-2125
518138229       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                   Columbus, OH 43218-2789
518138230       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/biglot,    Attn: Bankruptcy Dept,
                   Po Box 182125,    Columbus, OH 43218-2125
518138231       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/biglot,    Po Box 182120,
                   Columbus, OH 43218-2120
518138232       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                   Po Box 182125,    Columbus, OH 43218-2125
518138233       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/boscov,    Po Box 182120,
                   Columbus, OH 43218-2120
```

```
District/off: 0312-3          User: admin              Page 2 of 3                 Date Rcvd: Sep 06, 2019
                              Form ID: 318             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518138234      +EDI: RCSFNBMARIN.COM Sep 07 2019 03:33:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
518138235      +EDI: RCSFNBMARIN.COM Sep 07 2019 03:33:00      Credit One Bank,   Po Box 98875,
                 Las Vegas, NV 89193-8875
518138237       EDI: DISCOVER.COM Sep 07 2019 03:33:00      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
518138236      +EDI: DISCOVER.COM Sep 07 2019 03:33:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
518138241      +E-mail/Text: bknotice@ercbpo.com Sep 07 2019 00:15:22       ERC,   PO Box 57610,
                 Jacksonville, FL 32241-7610
518138243      +E-mail/Text: bknotice@ercbpo.com Sep 07 2019 00:15:22       ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518138242      +E-mail/Text: bknotice@ercbpo.com Sep 07 2019 00:15:22       ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518138245      +EDI: BLUESTEM Sep 07 2019 03:33:00      Fingerhut,   Attn: Bankruptcy,   Po Box 1250,
                 Saint Cloud, MN 56395-1250
518138246      +EDI: BLUESTEM Sep 07 2019 03:33:00      Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
518138249      +EDI: PHINGENESIS Sep 07 2019 03:33:00      Genesis Bc/celtic Bank,   Attn: Bankruptcy,
                 268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
518138250      +EDI: PHINGENESIS Sep 07 2019 03:33:00      Genesis Bc/celtic Bank,   Po Box 4499,
                 Beaverton, OR 97076-4499
518138251      +E-mail/Text: bncnotices@becket-lee.com Sep 07 2019 00:14:08       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518138252      +E-mail/Text: bncnotices@becket-lee.com Sep 07 2019 00:14:08       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518138253      +EDI: MERRICKBANK.COM Sep 07 2019 03:33:00      Merrick Bank/CardWorks,   Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518138254      +EDI: MERRICKBANK.COM Sep 07 2019 03:33:00      Merrick Bank/CardWorks,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
518139452      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518138260      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/ Old Navy,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518138261      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/ Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
518138262      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518138263      +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
518138266       EDI: TFSR.COM Sep 07 2019 03:33:00      Toyota Financial Services,   Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
518138268       EDI: TFSR.COM Sep 07 2019 03:33:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
518138265      +EDI: WTRRNBANK.COM Sep 07 2019 03:33:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673
518138264       EDI: WTRRNBANK.COM Sep 07 2019 03:33:00      Target,   Target Card Services,
                 Mail Stop NCB-0461,    Minneapolis, MN 55440
518138267      +EDI: TFSR.COM Sep 07 2019 03:33:00      Toyota Financial Services,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
518138269      +EDI: TFSR.COM Sep 07 2019 03:33:00      Toyota Motor Credit Co,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 44

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3           User: admin                    Page 3 of 3                    Date Rcvd: Sep 06, 2019
                               Form ID: 318                   Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Stephen M. Goldberg    on behalf of Debtor Ronny Anthony Chirichello bk2notices@smgpc.com,
           bk2notices@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```