Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19–15910–KCF  
Chapter: 7  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Ronny Anthony Chirichello  
   fka Ronny A. Gorospe  
   505 Huff Ave  
   Manville, NJ 08835

Social Security No.:  
   xxx–xx–8842

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 25, 2019</u>　　　　　　　<u>Kathryn C. Ferguson</u>  
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court